UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Rakeem T. Jones                              Docket No. 5:15-MJ-1749-1

**Petition for Action on Probation**

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rakeem T. Jones, who, upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired, Level - 5, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on February 04, 2016, to 12 months probation under the conditions adopted by the court.

     On June 23, 2016, the court was notified that the defendant tested positive for Morphine and Oxymorphone and had admitted to taking an Oxycodone that was not prescribed to him. The defendant was verbally reprimanded and continued on probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 27, 2016, the probation office received confirmation from our lab that the defendant tested positive for marijuana on June 21, 2016. On July 5, 2016, the defendant was confronted with the positive urinalysis and admitted to using marijuana during the month of June. It is requested that the drug aftercare condition be added so that the defendant can be enrolled in our Surprise Urinalysis Program to monitor for further drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>Senior U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2539<br>Executed On: July 05, 2016 |

Rakeem T. Jones
Docket No. 5:15-MJ-1749-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 6th day of July, 2016, and ordered filed and made a part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge